UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TAMMY BEAUDET,<br><br>   Plaintiff,<br><br>  v.<br><br>STEPHENS MEMORIAL<br>HOSPITAL and WESTERN MAINE<br>HEALTH CARE CORPORATION,<br><br>   Defendants. | 2:10-cv-00288-JAW |

**ORDER ON JOINT MOTION TO DISMISS SOME CLAIMS
AND ONE DEFENDANT UNDER RULE 41**

On April 1, 2011, the parties filed a joint motion pursuant to Federal Rule of Civil Procedure 41(a)(2) for partial dismissal of claims and parties. (Docket # 28). The Court GRANTS the joint motion and ORDERS the following relief:

1) The Court DISMISSES with prejudice any and all punitive damages claims;

2) The Court DISMISSES with prejudice any and all claims for damages alleging a violation of the Family Medical Leave Act or the Family Medical Leave Requirements, including the claim for liquidated damages under those statutes;

3) The Court DISMISSES with prejudice any and all claims for damages alleging illegal disclosure of protected health care information; and,

4) The Court DISMISSES with prejudice all claims against Western Maine Health Care Corporation and ORDERS that Defendant Western Maine

Health Care Corporation be dropped as a party Defendant pursuant to Federal Rule of Civil Procedure 21.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2011